United States District Court
Southern District of Texas
**ENTERED**
June 26, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>　　Plaintiff | §<br>§<br>§ | |
| VS. | §<br>§ | CRIMINAL ACTION NO. 2:17-CR-470-2 |
| ENRIQUE GUTIERREZ, JR.<br>　　Defendant | §<br>§<br>§ | |

## **ORDER**

　　Defendant Enrique Gutierrez, Jr., has filed a Motion for Compassionate Release (D.E. 424), wherein he moves the Court to order his release to home confinement because his underlying medical conditions (diabetes mellitus, hypertension, and morbid obesity) make him particularly vulnerable to severe illness or death should he contract COVID-19 while in prison. He has offered medical records in support of his motion and a copy of the warden's denial of his request for compassionate release; however, the Court has no information regarding his conduct while in prison.

　　Defendant is hereby **ORDERED** to provide the Court with a current copy of his prison disciplinary history.

　　The Government is further **ORDERED** to respond to Defendant's motion not later than 7 days after he supplements the record, indicating any opposition thereto.

　　ORDERED this 26th day of June, 2020.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　NELVA GONZALES RAMOS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE